45951. IN THE INTEREST OF D. L. A.

(373 SE2d 21)

BELL, Justice.

This is an appeal from an order of the Juvenile Court of Lowndes County, transferring a case from that court to superior court pursuant

to OCGA § 15-11-39. Appellant is accused of murder and public drunkenness. After reviewing the record, we find that the appellant's enumerations have no merit, and therefore affirm the judgment.

*Judgment affirmed. All the Justices concur.*

DECIDED SEPTEMBER 22, 1988.

*William D. Edwards,* for appellant.

*H. Lamar Cole, District Attorney, J. David Miller, Assistant District Attorney,* for appellee.